UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jason Mark Sims** **Docket No. 7:21-CR-132-1FL**

**Petition for Action on Supervised Release**

COMES NOW Henry Ponton, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jason Mark Sims, who, upon an earlier plea of guilty to Distribution of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2), was sentenced by the Honorable T.S. Ellis, III, U.S. District Judge in the Eastern District of Virginia, on December 1, 2017, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 120 months.

Jason Mark Sims was released from custody on January 15, 2021, at which time the term of supervised release commenced. On February 25, 2021, the defendant's conditions of supervised release were modified in the Eastern District of Virginia to include additional sex-offense specific conditions. On November 15, 2021, jurisdiction of the defendant's case was transferred to the Eastern District of North Carolina and assigned to the Honorable Louise W. Flanagan, U.S. District Judge.

On March 24, 2023, a Petition for Action was submitted to Your Honor requesting that a previously ordered condition in the Eastern District of Virginia requiring the defendant to complete community service by publishing an article be struck from his judgment. Your Honor agreed with the recommendation and ordered the condition removed.

On December 2, 2025, a Violation Report was submitted to Your Honor advising of the defendant's recent noncompliance, specifically viewing adult pornographic material. Your Honor agreed to take no action.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On September 16, 2026, the defendant admitted to being in possession of adult pornography in his residence and storage unit in Wilmington, North Carolina. He surrendered these items to the U.S. Probation Office and signed a waiver consenting to their destruction. The defendant had previously completed sex-offense specific treatment with Forensic Consulting Services. He has been returned to individual outpatient treatment to address his recent noncompliant behavior and review his relapse prevention plan.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The adult pornography previously surrendered by the defendant is ordered destroyed.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Henry Ponton
Henry Ponton
Senior U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-4290
Phone: 910-679-2048
Executed On: October 16, 2026

**ORDER OF THE COURT**

Considered and ordered this 22nd day of October, 2026, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
U.S. District Judge